UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERICA RODRIGUEZ,

                Plaintiff,            **ORDER**

         -against-                 **20-CV-8143 (ER) (JW)**

CITY UNIVERSITY OF NEW YORK, and
HOSTOS COMMUNITY COLLEGE,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

This matter has been referred for settlement. Dkt. No. 51. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in December 2022, by **October 19, 2022**. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

SO ORDERED.

DATED:    New York, New York
               October 6, 2022

                                                    *Jennifer E. Willis*
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge